UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAURCUS SMITH, ALVIN HODGE and
DAVID KORTRIGHT,

    Plaintiffs,

v.                                                                Case No: 8:19-cv-2068-T-36CPT

KFORCE INC.,

    Defendant.
_____/

## **O R D E R**

The Court has been advised by the Mediation Report (Doc. 23) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.

**DONE AND ORDERED** in Tampa, Florida on February 13, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record